UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

**DUSTIN JARRELL,**

    **Plaintiff,**

    v.                                       CIVIL ACTION NO. 3:10-cv-00021RLY-WGH

**TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA
AND TOYOTA MOTOR MANUFACTURING
HEALTH AND WELFARE BENEFIT PLAN,**

    **Defendants.**

## AMENDED COMPLAINT FOR BREACH OF CONTRACT

COMES NOW, the Plaintiff, Dustin Jarrell, by counsel, and for cause of action against the Defendants, states:

1. That at all times mentioned herein and pertinent hereto, the Plaintiff, Dustin Jarrell was a citizen of the City of Vincennes, County of Knox, State of Indiana.

2. That at all times mentioned herein and pertinent hereto the Defendant, Toyota Motor Engineering & Manufacturing North America was a corporation duly organized under the laws of the State of Kentucky for the purpose of manufacturing motor vehicles.

3. That at all times mentioned herein and pertinent hereto the Defendant, Toyota Motor Manufacturing Health and Welfare Benefit Plan was an organization with its principal place of business being located in the State of Kentucky for the purpose of administering a health and welfare benefit plan for the employees of Toyota Motor Engineering & Manufacturing North America.

4. That at all times mentioned herein and pertinent hereto the Plaintiff was an employee of the Defendant, Toyota Motor Engineering & Manufacturing North America.

5. That at all times mentioned herein and pertinent hereto there was in full force and effect a disability plan issued by the Defendants for the employees of the Defendant, Toyota Motor Engineering & Manufacturing North America, including, the Plaintiff, Dustin Jarrell, relevant portions of which have been attached hereto as Exhibit "A".

6. That the Plaintiff, Dustin Jarrell, suffered an injury which rendered him disabled pursuant to the terms of the aforementioned disability plan.

7. That the Plaintiff, Dustin Jarrell, was paid disability benefits by the Defendants pursuant to the aforementioned disability plan.

8. That the injury for which the Plaintiff, Dustin Jarrell, was paid disability benefits was subsequently determined to be a work-related injury for which the Plaintiff was awarded worker's compensation benefits by the Indiana Worker's Compensation Board against the Defendant, Toyota Motor Engineering & Manufacturing North America.

9. That as part of that Award, the Plaintiff, Dustin Jarrell, was awarded temporary total disability benefits.

10. That the Defendants unilaterally deducted the disability benefits paid under the Toyota Motor Manufacturing Health and Welfare Benefit Plan in the amount of $14,650.58 from the temporary total disability benefits awarded to the Plaintiff, Dustin Jarrell, by the Indiana Worker's Compensation Board.

11. That under the terms of the Plan the Defendants' rights of subrogation were limited to recoveries made by their employees, including the Plaintiff, Dustin Jarrell, from third parties for the same sickness or injury for which they received benefits pursuant to the Plan.

12. That the Defendants breached their contract with the Plaintiff, Dustin Jarrell, by unilaterally deducting benefits paid to him under the Plan from the temporary total disability benefits awarded to him by the Indiana Worker's Compensation Board.

13. That jurisdiction lies with this Court pursuant to 28 U.S.C. § 1331 and § 1441 (b) as this is a civil action arising under the laws of the United States.

WHEREFORE, the Plaintiff, Dustin Jarrell, by counsel prays judgment against the Defendants in the amount of $14,650.58, plus interest, for costs of this action and for all other relief that is just and proper in the premises.

  /s/ Matt Parmenter
Matt Parmenter (6614-82)
Law Offices of Matt Parmenter
P.O. Box 393
Vincennes, IN 47591
Phone: 812-882-1303
Fax: 812-886-0786
mparmenter@mplawoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2010, a copy of the foregoing Amended Complaint for Breach of Contract was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Craig Peter Siegenthaler

csiegenthaler@laborlawyers.com

I hereby certify that on February 19, 2010, a copy of the foregoing Amended Complaint for Breach of Contract was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

Craig P. Siegenthaler

Fisher & Phillips LLP
E. ON U.S. Center, Suite 2000
220 West Main Street
Louisville, KY 40202

                                                  By:  /s/ Matt Parmenter
                                                            Matt Parmenter